IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES GRIM,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>PENNSBURY SCHOOL DISTRICT, *et al*.,<br><br>　　　　　*Defendants*. | CIVIL ACTION<br>NO. 14-04217 |

### ORDER

**AND NOW**, this 24th day of March, 2015, upon consideration of Plaintiff's Second Amended Complaint (ECF No. 29), Defendants' motions to dismiss Plaintiff's Second Amended Complaint (ECF Nos. 32, 33), Plaintiff's responses (ECF Nos. 35, 36), and Defendant Falls Township Police Department's reply thereto (ECF No. 37), it is hereby **ORDERED** that the Defendants' motions to dismiss the Second Amended Complaint are **GRANTED** and the Second Amended Complaint is **DISMISSED**. The Clerk of Court is directed to close this case.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.